## BARNETT v BOICE

Ohio Appeals, 2nd Dist, Franklin Co
Decided April 3, 1930

For full opinion see 175 NE 620; 37 Oh Ap 549 (Oh Bar 5-5-31).